Plaintiff's Name REBIO RONNIE TOWNSEND
Inmate No. 00X620-4
Address: 24511 WEST JAYNE AVENUE, UNIT-22
COALINGA STATE HOSPITAL, COALINGA, CA 93210

**FILED**

MAY 20 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

REBIO RONNIE TOWNSEND
(Name of Plaintiff)

2:13CV0992 DAD (PC)
(Case Number)

vs.

COMPLAINT

(1) DOCTOR DAVID FINNELL
(2) ATASCADERO STATE HOSPITAL, ET AL
(3) ERIN ABOTT
(4) DOCTOR DAVID GODWIN
(Names of Defendants)

Civil Rights Act, 42 U.S.C. § 1983

I. **Previous Lawsuits** (list all other previous or pending lawsuits on back of this form):

   A. Have you brought any other lawsuits while a prisoner? Yes **X** No __

   B. If your answer to A is yes, how many? **7**
      Describe previous or pending lawsuits in the space below.
      (If more than one, use back of paper to continue outlining all lawsuits.)

      1. Parties to this previous lawsuit:

      Plaintiff REBIO RONNIE TOWNSEND

      Defendants DOCTOR DAVID FINNEL; ATASCADERO STATE HOSPITAL, ET AL
      ERIN ABOTT; DOCTOR DAVID GODWIN; OF COALINGA STATE HOSPITAL;
      STATE OF CALIFORNIA;

      2. Court (if Federal Court, give name of District; if State Court, give name of County)
      UNITED STATES DISTRICT COURT - EASTERN DISTRICT; SACRAMENTO COUNTY

      3. Docket Number ___NA___    4. Assigned Judge SHERI PYM

      5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
      "DISMISSED; I GAVE UP."

      6. Filing date (approx.) 11-8-'11    7. Disposition date (approx.) 12-11

1

[1.] IN THIS SUIT I AM ATTACKING DOCTOR DAVID **FINNELL** IN THE DECISION AND THE "CONSPIRACY" WITH DOCTOR JOAN UDOM TO HAVE THE SAN LUIS OBISPO COUNTY SUPERIOR — COURT DEEM ME AS "A SEXUALLY VIOLENT PREDITOR." THIS IS THE SECOND TIME THIS MAN HAS SLANDERED ME, AND ATTACKED MY CHARACTER; HE FIRST SLANDERED ME IN THE SAN LUIS OBISPO COUNTY SUPERIOR COURTS' COURTROOM BY SAYING I'D "PLANNED TO GO SEE FORMER SECRETARY OF STATE, CONDOLEEZZA RICE." THIS IS A SLANDER I NEVER SAID AND I'VE NEVER BEEN ARRESTED FOR ANY TYPE OF SEX OFFENSE AND I'VE NEVER PLANNED TO DO ANYTHING IN THE WAY OF THAT EVER; I'M NOT GOING TO GO AWAY, AND I'M NOT GOING TO JUST LET THIS GO. THAT GUYS BEEN AFTER ME SINCE HE WENT INTO THE COURT-ROOM AND BEGAN TELLING LIES ABOUT ME AND HE DOESN'T CARE WHOSE LIFE HE DESTROYS AND SINCE I'M A BLACK, HE FIGURED HE CAN GET ME ▓▓▓▓▓ ANY WAY HE CAN; AND HE'S GOT HELP IN THE FEDERAL COURT IN LOS ANGELES; ALONG WITH THE ATTORNEY GENERAL WHO JUST SO HAPPENS TO BE KAMALA D. HARRIS. THE MAN OWES ME FOR HIS DIRTY, ROTTEN, UNFORGIVABLE LIE AND POWERFUL SLANDERS.

[#2.] THE SECOND ENTITY IS **LINDA PERSONS** SHE'S FINNELL'S SUPERIOR; SHE'S AWARE OF HIS ANTICS. AND SHE'S ALSO AWARE OF THE OTHER EMPLOYEES' TRICKS AND MIND GAMES THAT SHE, THE EXECUTIVE DIRECTOR SHOULD NOT BE ALLOWING THEM TO PLAY WITH THE PATIENTS AND ALLOWING THEM TO OVER-MEDICATE, AND ANNOY THEM, AND AGITATE THEM UNTIL THEY GET VIOLENT. SHE'S HELD ONTO ME FOR EIGHT, ALMOST NINE-YEARS, NOW AND SHE'S KEPT ME JUMPING THROUGH HOOPS MOST OF THE OTHER PATIENTS WOULDN'T BE ABLE TO HANDLE; AND IN THAT PLACE, IF YOU'RE BLACK LIKE ME AND YOU'RE NOT FALLIN' IN FOR ALL OF HER EMPLOYEES' B___ S___, IT'S MORE LIKE "LET'S SEE HOW MUCH S___ THAT NIGGER CAN TAKE."

AND THEY THROW ALL KINDS OF STUFF AT YOU; YOU NEVER KNOW OR HAVE ANY IDEA OF WHAT'S COMING NEXT. EVERY DAY THEY COME AT YOU WITH SOMETHING NEW AND DIFFERENT. YOU'RE ON GUARD ALL OF A SUDDEN; SHE NEEDS TO GO.

ATASCADERO STATE HOSPITAL HAS CAUSED ME MY MENTAL AND PHYSICAL HEALTH, AND SHE LET DOCTOR DAVID FINNELL DO A MOST DEADLY ASSAULT ON ME OF 'CHARACTER ASSASSINATION.' AND SHE'S NOT GOING TO GET AWAY WITH THIS AND I'M NOT GOING TO LET HER.

[#3.] THE NEXT FOE IS ALSO AT 10333 EL CAMINO REAL; UNIT #22, ATASCADERO, CA.— 93423, HER NAME IS **ERIN ABOTT**. SHE'S ALWAYS PULLIN'-OFF SEX IN THE "BREAK ROOM" WITH MALE COLLEAGUES WHO WORK ON THE UNIT, AND SHE GETS ALL P_____-O__ BECAUSE I'M A BLACK MAN; I'M HIGHLY INTELLIGENT; I REFUSED TO LOOK AT HER AS_; AND I'M NOT A STUPID FOOL AND I DIDN'T CRAVE HER BODY AND LOOK AT HER THE WAY SHE — WANTED ME TO WHEN SHE WORKED ON UNIT #25, AND FOR THAT, SHE THREW ME OFF INTO THE UNIT'S "SECLUSION ROOM" WHICH SHE DID TWICE, BECAUSE I JUST WOULDN'T "CRAVE" HER TW_I THE WAY SHE WANTED ME TO, AND I'D SIMPLY IGNORE HER.

SHE'D COME INTO MY ROOM AND HARASS THE HE_L OUT OF ME FOR IT; SHE'D GET THE HOSPITAL POLICE (D.P.S.: "DEPARTMENT OF POLICE SERVICES") TOGETHER AND COME AFTER ME SIX-MEN-DEEP TO BLATANTLY HARASS ME FOR SOMETHIN' REALLY STUPID.. IT WAS AS IF SHE AND ALL OF HER STAFF COLLEAGUES WERE SAYING: "NIGGER, YOU'RE OUR'S AND YOU'RE NEVER GOING TO LEAVE.. WE'LL KILL YOU FIRST." THIS WOMAN IS SERIOUSLY DANGEROUS AND SHE'S HOLDING HER AUTHORITY OVER EVERY ONE OF THOSE GUYS' HEADS LIKE A PISTOL.

{ 2 }

CONTINUED FROM PAGES ONE & TWO

**#4.** THE MAIN PROBLEM I'M HAVING NOW IS ANOTHER MEDICATION ISSUE; THE PSYCHIATRIST IN THE CASE I'M BRINGING BEFORE THIS COURT IS Doctor DAVID GODWIN. HE'S GOT ME ON AN EXTREMELY POWERFUL MEDICATION KNOWN AS "GEADON". IT'S DESIGNED TO PUT THE PATIENT TO SLEEP EXACTLY TWENTY-MINUTES AFTER IT'S ADMINISTERED; ITS SIDE-EFFECT IS THE DRUG MAKES (MY) RIGHT-ARM AND RIGHT HAND GO NUMB. AND I DON'T HAVE THE STRENGTH TO RESIST... I CAN'T REFUSE TO TAKE IT BECAUSE IT'S COURT-ORDERED, AND THAT WAS BECAUSE Doctor DAVID FINNELL PETITIONED THE SAN LUIS OBISPO COUNTY SUPERIOR COURT TO PUT ME ON COURT-ORDERED MEDICATION AND THAT'S WHEN A CERTAIN DOCTOR, WHO'S NAME IS ONE Doctor MARTIN STEED.. HE'S BEEN ALREADY NAMED IN A PREVIOUS LAW SUIT BROUGHT AGAINST HIM BY THIS WRITTER (ME), PLACED ME ON 2,750 MILLIGRAMS OF A DRUG KNOWN AS "DEPACOTE"; THIS DOCTOR, GODWIN, REFUSES TO LOWER ITS' DOSAGE, BUT, HE STAUNCHLY REFUSED EVERY TIME.

I'D LIKE TO HAVE THIS MAN FIRED FROM THIS HOSPITAL AND FOR THE SUFFERING AND ALL OF THE MENTAL ANGUISH HE'S PUTTING ME THROUGH, I WOULD LIKE $3.2 MILLION FROM THIS MAN FOR MEDICAL MALPRACTICE, OR, HIS SOLE POSSESSIONS; CAR, HOUSE, BOAT; BED; AND POSSESSION OF HIS BANK ACCOUNTS.

THIS PLACE IS FULL OF DANGEROUS STAFF MEMBERS WHO PLAY DANGEROUS GAMES WITH ME, AND THEY ARE IN HERE SETTING-UP FIST-FIGHTS BETWEEN CERTAIN INDIVIDUALS AND THERE WERE FIVE OF US WHOM WERE BROUGHT TO THIS PLACE BY FORCE;... ALL FIVE OF US ARE HIGHLY INTELLIGENT AND WE ALL CAN FIGHT VERY WELL.

THOUGH WE ARE IN A STRANGE ENVIRONMENT, WE REMAIN ALERT AND HIGHLY AWARE OF OUR SURROUNDINGS; FOR WE (I) ARE (AM) IN HOSTILE TERRITORY; THE FOOD HERE IS GARBAGE; IT IS NOT THE SAME TYPE OF FOOD OF WHICH YOU EAT OUT THERE... IT IS ANIMAL MEAT, HOWEVER, THE MEAT IS "RAT," "DEAD-DOGS", AND, "HORSE MEAT", AND MEAT FROM AFRICA; WOLVES; ALSO PIGS THAT HAVE BEEN FED WITH BARLEY AND OATS; WHEN THEY SERVE "BUSCUITS, RICE AND GRAVY" IN THE JAIL, WHICH IS SERVED EACH TUESDAY AND FRIDAYS? THE JAIL, WHICH IS RIGHT NEXT-DOOR TO YOUR BUILDING AT 504, 651, IS SERVING RAT; DEAD-DOG, AND THE BREAD HAS NO YEAST,

AND 651 "I" STREET ISN'T THE ONLY ONE EITHER;... EVERY SINGLE JAIL IN THE STATE OF CALIFORNIA, EVERY "STATE MENTAL HOSPITAL HAS IT.

AND IT TOOK ME FIVE-YEARS TO FIGURE IT OUT, BECAUSE THE QUESTION WOULD COME INTO MY MIND: "WHAT IS THIS???"

SO, IT WAS TOLD TO ME BY A SINGLE, SIMPLE GESTURE AND IT HIT ME; AND ONE OTHER THING... AND I'M BEING SERIOUS AND I'M TELLING THE HONEST TRUTH; DOESN'T REALLY MATTER. NOW, LET'S GET ON WITH THE WRIT, SHALL WE?—

**#5.** FIRST, BEFORE I START, I'D LIKE TO REMIND THE COURT THAT I, WAS "RAILROADED."

{3}

II. **Exhaustion of Administrative Remedies**

    A. Is there an inmate appeal or administrative remedy process available at your institution?

       Yes _X_  No ___

    B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

       Yes ___  No _X_

       If your answer is no, explain why not BECAUSE I'VE DONE ALL THE APPEALS WHEN I WAS DEALING WITH DR. STEED, DR. ODOM, DR. DAVID FINNELL, BUT MY COMPLAINTS AND PLEAS ALL FELL UPON DEAF EARS; THEY IGNORED ME, AND I'D GET A JOB AND THE SHIFT-LEAD WOULD CAUSE ME TO GET FIRED; STAFF MEMBERS WOULD PICK FIGHTS AND ARGUMENTS WITH ME AND DOCTOR DAVID FINNELL WOULD GO TO COURT AND SLANDER ME TO NO END; CONSTANTLY.

    C. Is the process completed?

       Yes ___        If your answer is yes, briefly explain what happened at each level.

       No _X_        If your answer is no, explain why not.
       AS FAR AS "THEY" ARE CONCERNED, THE WHOLE ISSUE WAS OVER BUT ALL THAT WAS ALL BACK WELL-WHEN JERRY BROWN WAS THE ATTORNEY-GENERAL BACK THEN. I WAS PREPARING TO FILE ANOTHER WRIT ON THESE THREE WHEN I'D CAME IN-TO MY BED AREA ONLY TO FIND MY PAPER-WORK GONE; THE NEXT MORNING I'D BEEN TOLD BY A "PSYCHIATRIC-TECHNICIAN" BY THE NAME OF JOY MARTINEZ TOLD ME TO PACK MY THINGS SO I QUIT TRYING; I SIMPLY "GAVE UP", WHAT'S THE USE?

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process <u>before</u> filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

III. **Defendants**

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names and places of employment of any additional defendants.) ALL EXCEPT FOR DOCTOR DAVID GODWIN WORK AT - ATASCADERO STATE HOSPITAL

A. Defendant DR. DAVID GODWIN, M.D., P.H.D. is employed as AS A PSYCHIATRIST-MEDICAL DOCTOR at COALINGA STATE HOSPITAL.

B. Additional defendants DOCTOR JOAN ODOM; DOCTOR DAVID FINNELL; DOCTOR MARTIN - STEED; ERIN ABOTT; SYLVIA LOFTIN; GARY CECIL; LINDA PERSONS; ███ ███████; COLEEN GARRIN; ROCKY SPURGEON; DAN SELLERS; REBBECA - VALENCA; LESTER WILLIS; ███ → MAC PORTER.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

DOCTOR DAVID FINNEL ENGINEERED THE LIE AND THE IDEA TO PLACE ME ON "COURT-ORDERED" MEDICATION AND THEN PETIONED THE S.L.O. COUNTY SUPERIOR COURT TO DEEM ME UP AS A "SEXUALLY VIOLENT PREDITOR". HE, AND DOCTOR JOAN ODOM BOTH CEMENTED THE ENTIRE DEAL BY SHOWING-UP IN BOTH B.P.T. AND S.L.O. COUNTY COURT (SUPIOR) AND SLANDER, ALSO PERJURE THEMSELVES AGAINST ME. ERIN ABOTT TOSSED ME INTO SOLITARY CONFINEMENT ON OCTOBER 11TH, 2009, FOR AN ARGUMENT WE'D HAD AFTER SOCIAL-WORKER LIED ON ME AND SAID I BEAT ON HER OFFICE DOOR; OCTOBER 20TH 2009, SHE DID IT TO ME AGAIN. EACH OCCASSION SHE KEPT ME IN THAT ROOM FOR FOUR-DAYS WITH NO SHOWER OR REST ROOM BREAKS. WHEN SHE FINALLY LET ME OUT OF IT, SHE'D TRASHED ALL OF MY VITAL COURT AND LEGAL PAPER-WORK. ON SEPTEMBER 29TH, DOCTOR MARTIN STEED RUINED MY LEG WITH TOO MUCH OF THE WRONG MEDICATION AND HE PLAYED HIS GAME ON ME BY FAKING IGNORANCE THAT HE COULDN'T JUST STOP IT; THE REST OF THESE PEOPLE ARE ALL THE REASONS WHY I'M STILL IN CUSTODY AND THE REASON ALSO IS BEHIND THEY'VE WROTE ALL KINDS OF SLANDEROUS LIES JUST TO KEEP ME AROUND TO MAKE MONEY ON ME; WHEN I THINK OF THIS I SEE THE WORD "SLAVE" AND THAT AIN'T COOL.

V. **Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I'M IN CUSTODY FOR ABSOLUTELY NO REASON; I MADE A SERIOUS MISTAKE AND I PAID FOR IT; ONE OF THE CARDINAL-SINS I'VE COMMITTED WAS THAT I TRIED TO PROTECT MYSELF AND A CERTAIN FAMILY RIGHT IN DEL PASO ████ → HEIGHTS. I WAS RAIL-ROADED TO THE HILT IN THE FIRST PLACE; I'M TIRED OF BEING A TARGET AND BEING THE STATE GUINEA PIG. DOCTOR DAVID GODWIN IS MAKING ME TAKE TOO MUCH MEDICATION AT NIGHT AND ALSO IN THE MORNINGS, TOO. FROM HIM, I WANT HIM TO PAY $3.2 MILLION, FROM THE REST, I WANT AN AMOUNT OF $200 THOUSAND; FOR MENTAL ANGUISH; MENTAL CRUELTY, AND MENTAL ABUSE. I'M BEING FORCED TO TAKE MEDICATION I TRULY DON'T NEED TO TAKE; THERE'S NOTHING ███ I WANT [$3,400,000.00] IN THIS, I'LL SETTLE FOR [$200,000.00]. —————— WRONG WITH ME.

I declare under penalty of perjury that the foregoing is true and correct.

Date MAY 8TH, 2013          Signature of Plaintiff  *Lilio Ronnie Townsend*

(revised 6/01/04)